

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **JUDY GAUTHIER,** as an individual and on behalf of Larry Gauthier and his estate, *et al.*, §§§§§§§§§§ | |
| *Plaintiffs,* | |
| v. | **CIVIL ACTION NO. 1:07-CV-12** (TH/KFG) |
| **UNION PACIFIC RAILROAD CO.,** *et al.*, | |
| *Defendants.* | |

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION ON MOTION TO TRANSFER**

Pursuant to 28 U.S.C. § 636(b)(1)(A) and the Local Rules for the United States District Court, Eastern District of Texas, Appendix B, the Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration of and recommended disposition on pretrial matters and proceedings. Pending before the Court is the Defendants' *Motion for Transfer* [Clerk's doc. #32].

On February 15, 2008, Judge Giblin issued a *Report and Recommendation on Motion to Transfer* [Clerk's doc. #40]. Judge Giblin entered findings and recommended that the Court deny the *Motion for Transfer*.

To date, no party has objected to the *Report and Recommendation*. Failure to file specific, written objections to the magistrate's findings and recommendation waives *de novo* review by the

District Court. See 28 U.S.C. § 636(b)(1). Accordingly, having considered the *Report and Recommendation* and the record in this cause, the Court agrees with the magistrate judge's findings and conclusions. The Court therefore **ORDERS** that the *Report and Recommendation on Motion to Transfer* [Clerk's doc. #40] is **ADOPTED.** The Defendants' *Motion for Transfer* [Clerk's doc. #32] is **DENIED**.

**SIGNED** this the 5 day of **March, 2008.**

_____
Thad Heartfield
United States District Judge