IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| Judy Gauthier, et. al. | § | C.A. NO. 1:07-CV-00012-TH |
| | § | |
| v. | § | Judge Thad Heartfield |
| | § | |
| Union Pacific Railroad Company, et. al. | § | JURY |

## ORDER

CONSIDERING THE FOREGOING Motion for Partial Summary Judgment Regarding Survival Action filed by Defendants, Union Pacific Railroad Company, Andrew F. Granger, Brent Waguespack, Ken Rouse, Jack Mann, and National Railroad Passenger Corporation d/b/a Amtrak;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the survival action claims of the plaintiffs be and the same are dismissed with full prejudice and at plaintiffs' costs.