IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JUDY GAUTHIER, *et al* | C.A. NO. 1:07-CV-00012-TH |
| Plaintiffs | |
| V. | Judge Thad Heartfield |
| UNION PACIFIC RAILROAD COMPANY, *et al* | |
| Defendants | JURY |

### ORDER

CONSIDERING THE FOREGOING Motion to Dismiss Plaintiffs' Claim for Punitive Damages filed by Defendants, Union Pacific Railroad Company, Andrew F. Granger, Brent Waguespack, Ken Rouse, Jack Mann, and National Railroad Passenger Corporation d/b/a Amtrak;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claim for punitive damages be and is hereby dismissed on the grounds that it is not actionable under Louisiana law.