## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of April, 2008, a copy of the foregoing Motion to Dismiss Plaintiffs' Claim for Punitive Damages Under FRCP Rule 12(b)(6) was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to the following by operation of the court's electronic system.

Jason A. Itkin/Jeff Seely
Arnold & Itkin, LLP
5 Houston Center
1401 McKinney St., Ste. 2550
Houston, TX  77010
Counsel for: Plaintiffs

KYLE L. GIDEON